**Affirmed and Memorandum Opinion filed May 22, 2012.**



In The

# Fourteenth Court of Appeals

_____

## NO. 14-12-00257-CV

_____

### IN THE INTEREST OF A.F., J.F., AND L.F., children

---

**On Appeal from the 314th District Court
Harris County, Texas
Trial Court Cause No. 2011-01433J**

---

## M E M O R A N D U M   O P I N I O N

Appellant, J.F., appeals a final decree signed February 22, 2012, terminating her parental rights to the children who are the subject of this suit. Appellant filed a timely notice of appeal.

Appellant's appointed counsel filed a brief in which he concludes the appeal is wholly frivolous and without merit. The brief meets the requirements of *Anders v. California*, 386 U.S. 738, 87 S.Ct. 1396 (1967), presenting a professional evaluation of the record demonstrating why there are no arguable grounds to be advanced. *See High v. State*, 573 S.W.2d 807 (Tex. Crim. App. 1978). The *Anders* procedures are applicable to an appeal from the termination of parental rights when an appointed attorney concludes

that there are no non-frivolous issues to assert on appeal.  *In re D.E.S.*, 135 S.W.3d 326, 329 (Tex. App.—Houston [14th Dist.] 2004, no pet.).

A copy of counsel's brief and a copy of the record were delivered to appellant. Appellant was advised of her right to examine the appellate record and file a pro se response.  *See Stafford v. State*, 813 S.W.2d 503, 510 (Tex. Crim. App. 1991); *In re D.E.S.*, 135 S.W.3d at 329-30.   More than 30 days have elapsed and as of this date, no pro se response has been filed.

We have carefully reviewed the record and counsel's brief and agree the appeal is wholly frivolous and without merit.   Further, we find no reversible error in the record.   A discussion of the brief would add nothing to the jurisprudence of the state.

Accordingly, the judgment of the trial court is affirmed.


/s/     Jeffrey V. Brown
Justice


Panel consists of Chief Justice Hedges and Justices Seymore and Brown.